# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

147323

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DENISE FOWLER, as Next Friend of
Virginia Jane Rawluszki,
              Plaintiff-Appellee,

v

MENARD, INC.,
              Defendant-Appellant,
and

DALE PAUL VAN WERT and LISA
GINGERICH,
              Defendants.

SC: 147323
COA: 310890
Bay CC: 11-003317-NO

_____/

On order of the Court, the application for leave to appeal the May 16, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013

Clerk

t1113